AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| SCOTT W. MOSSER MD, A PROFESSIONAL MEDICAL CORPORATION, a California corporation doing business as the Gender Confirmation Center<br><br>*Plaintiff(s)*<br><br>v.<br><br>GENDER CONFIRMATION CENTER OF NYC, a business entity of unknown type and origin; PARK AVENUE AESTHETIC SURGERY, P.C., a New York corporation; and DOUGLAS M. SENDEROFF MD, an individual<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 24-cv-05973-CRB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**SEE ATTACHMENT A TO SUMMONS IN CIVIL ACTION**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel J. Taylor, Esq. (SBN 241404)
MUSICK, PEELER & GARRETT LLP
333 S. Hope Street, 29th floor
Los Angeles, CA 90071
(213) 629-7600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
*Mark B. Busby*

Date: 08/27/2024

*Signature of Clerk or Deputy Clerk*

2559986.1

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 24-cv-05973-CRB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

2559986.1

# ATTACHMENT A

# TO SUMMONS IN CIVIL ACTION

To: *(Defendant's name and address) continued:*

GENDER CONFIRMATION CENTER OF NYC
461 Park Ave S, 7th Floor
New York, NY 10016


PARK AVENUE AESTHETIC SURGERY, P.C.
461 Park Ave S, 7th Floor
New York, NY 10016


DOUGLAS M. SENDEROFF MD
461 Park Ave S, 7th Floor
New York, NY 10016

2559984.1